UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

Kevin DrawHorne

Plaintiff(s),

v.

1. Hon. Aloise, m
   125-01 Queens B
2. melinda Katz
3. Commissioner Davis
4. THe people of the state of New york

Defendant(s).

COMPLAINT
(Pro Se Prisoner)

Case No. 6:23-cv-1278
TJM/TWD
(Assigned by Clerk's Office upon filing)

Jury Demand
☒ Yes
☐ No

FILED
OCT 13 2023
AT___O'CLOCK
John M. Domurad, Clerk - Syracuse

## NOTICE

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain an individual's social security number, taxpayer identification number, or birth date; the name of a person known to be a minor; or a financial account number. A filing may include *only*: the last four digits of a social security number or taxpayer identification number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Fed. R. Civ. P. 5.2.

I. **LEGAL BASIS FOR COMPLAINT**

This is a civil action seeking relief and/or damages to defend and protect the rights guaranteed by the Constitution and laws of the United States. Indicate below the federal basis for your claims.

- ☒ 42 U.S.C. § 1983 (state, county, or municipal defendants)
- ☐ *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971) (federal defendants)
- ☐ Other (please specify) _____

II. PLAINTIFF(S) INFORMATION

Name: Kevin DrawHorne
Prisoner ID #: 23R0208
Place of detention: Marcy Correctional facility
Address: 9000 old River Rd po 3600
marcy Ny 13403

Indicate your confinement status when the alleged wrongdoing occurred
- ☐ Pretrial detainee
- ☐ Civilly committed detainee
- ☒ Convicted and sentenced state prisoner
- ☐ Convicted and sentenced federal prisoner
- ☐ Immigration detainee

Provide any other names by which you are or have been known and any other identification numbers associated with prior periods of incarceration

(NoNe)

If there are additional plaintiffs, each person must provide all of the information requested in this section and must sign the complaint; additional sheets of paper may be used and attached to this complaint.

III. DEFENDANT(S) INFORMATION

Defendant No. 1: melinda Katz
Name (Last, First)

District attorney
Job Title

125-01 Queens Boulevard
Work Address

Kew Gardens    Ny    11415
City    State    Zip Code

Defendant No. 2: Aloise, m
Name (Last, First)

Judge
Job Title

2

125-01 Queens Boulevard
Work Address

Kew Gardens        NY        11415
City               State     Zip Code

Defendant No. 3: Davis
Name (Last, First)

Commissioner
Job Title

THe Harrisman campus Bldg 2 1220 washington av
Work Address

Albany             NY        12226
City               State     Zip Code

Defendant No. 4: THe people of the state of New york
Name (Last, First)

state government
Job Title

28 liberty st 14th fl
Work Address

New york           NY        10005
City               State     Zip Code

If there are additional defendants, the information requested in this section must be provided for each person; additional sheets of paper may be used and attached to this complaint.

## IV.   STATEMENT OF FACTS

State briefly and concisely the facts supporting your claims. Describe the events in the order they happened. Your statement of facts should include the following:

- The date(s) on which the events occurred
- Where these events took place (identify the facility and, if relevant, the specific location in the facility)

3

- How each defendant was involved in the conduct you are complaining about

If you were physically injured by the alleged misconduct, describe the nature of your injuries and the medical evaluation and treatment you were provided. You need not cite to case law or statutes or provide legal argument in the Statement of Facts. Use additional sheets of paper if necessary.

On January 5th 2023 approx 9:30 am while Being infront of Aloise, m violated my Rights throughout the court proceedings. I was deprived from Having good counsel and being full able to cross-examine my defendant(s). I was never able to see my discovery nor attend my grand Jury. I was fully coerced into takin a plea and given never a chance to create a good defense in my case. My attorney was aware of all violations and still never obJected to it. THe DA acted out of color by stating wrongful facts of the case. on feb 23 2023 the state of Ny denied my motions to deffering Surcharges and Being not eligible for Hardship Hearing at all.

## V. STATEMENT OF CLAIM(S)

State briefly and concisely the constitutional and/or statutory basis for each claim you seek to assert and identify the defendant(s) against whom each claim is

4

asserted. Commonly asserted claims include: excessive force; failure to protect; deliberate indifference to medical needs; unconstitutional conditions of confinement; denial of due process in a disciplinary or other proceeding; denial of equal protection; retaliation for the exercise of a First Amendment right, and interference with free exercise of religion. Legal argument and case citations are not required. Use additional sheets of paper if necessary.

### FIRST CLAIM

On 4-4-22 melinda Katz violated my 14th, 8th, 2nd By not allowing me to testify in my grand Jury. And speak freely in court. And not able to make a defense.

### SECOND CLAIM

THe Judge Hon: Aloise, m would not allow me to obtain new counsel and not let me Hire another one. And that a violation and being as DA, Judge coerced me to take a Bid.

### THIRD CLAIM

THe people of the state of NY violated by not allowing me to Beable to Build a defense in my case that I could fight.

VI. **RELIEF REQUESTED**

State briefly what relief you are seeking in this case

I am seeking $15 million for violations of my constitutional rights, due process unlawfully infrisonment, duress, mental agwish, pain & suffering.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 10/10/23

Kevin Dhubhla
Plaintiff's signature
(All plaintiffs must sign the complaint)

(revised 10/2016)

5